## STATE SUPREME COURT—Continued

liday, Cleveland, for pltf; C. C. Crabbe, R. R. Zurmehly, Columbus, for deft.

19228—Charles Ewers, Rec. v. Samuel Ungerleider et al; motion for Cuyahoga Appeals to certify. L. C. Stillwell, Mt. Vernon, Robt. L. Carr, Cleveland, for pltf; Mooney, Hahn, Loeser & Keough, Cleveland, for deft.

### JUNE 27, 1925

19229—Abe Strauss v. Metropolitan Five to Fifty Cent Stores, Inc.; motion for Summit Appeals to certify. J. B. Dworken, Cleveland, Lahner & Hadley, Akron, for pltf; Commins, Brouse, Englebeck & McDowell, Akron, for deft.

19230—Stanislaw Pacyna et v. Frank Sawicki et; motion for Cuyahoga Appeals to certify. Victor C. Conrad, for pltf; Frank A. Green, for deft.; both of Cleveland.

## PROCEEDINGS OF SUPREME COURT

### SUPREME COURT OF OHIO
### TUESDAY, JUNE 23, 1925
### GENERAL DOCKET

19075—Toledo & Ohio Central Rd. Co. v. Louisa Whitmore et al. Error to Wood Appeals. Pet. in err. as of right dismised. No Const. ques. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-16-25; 3 Abs. 265.

19136—Louis Hughes et al. v. Excelsior Laundry Co. Error to Montgomery Appeals. Pet. err. as of right dismissed. No Const. ques. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-12-25; 3 Abs. 329.

### MOTION DOCKET

19022—Newark Consumers Gas Co. v. John S. Jones. Motion for Licking Appeals to certify. Overruled. Dock.

19066—George Byers v. John R. Rugg. Motion for Franklin Appeals to certify. Overruled. Dock. 4-9-25, 3 Abs. 249; OA. 3 Abs. 182.

19067—Penna. R. R. Co. v. Charles F. Marti. Motion for Lucas Appeals to certify. Overruled. Dock. 4-11-25, 3 Abs. 249.

19068—Edward H. Kreiger, etc., v. Irwin F. LaBounty. Motion for Lucas Appeals to certify. Overruled. Dock. 4-11-25, 3 Abs. 249.

19075—Toledo & Ohio Central Rd. Co. v. Louisa Whitmore et al. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 4-16-25, 3 Abs. 265.

19082—Joseph Armuleuis v. Paul Koblitz. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 4-20-25, 3 Abs. 265; OS. Pend. 3 Abs. 315.

19099—In re Dissolution of the Sentinel Publishing Co., John F. Maidlow and A. P. Sandles v. Sentinel Publishing Co. et al. Motion for Putnam Appeals to certify. Allowed. Dock. 4-24-25, 3 Abs. 278.

19100—Edward Charles v. Leonard Allard, etc. Motion for Mahoning Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 278; OA. 3 Abs. 340.

19101—Joseph P. Tracy, Auditor, etc., v. Village of Deer Park et al. Motion for Hamilton Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 297; OA. 3 Abs. 325.

19104—Royal Indemnity Co. v. The Day & Maddock Co. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 4-25-25, 3 Abs. 278.

19107—John F. Smith et al. v. Elmer Campbell. Motion for Putnam Appeals to certify. Overruled. Dock. 4-28-25, 3 Abs. 297.

19110—L. R. Pulliam v. The W. O. F. Laboratories et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-1-25, 3 Abs. 297; OS. Pend. 3 Abs. 344.

19111—Charles Palmer v. State of Ohio. Motion for Athens Appeals to certify. Overruled. Dock. 5-2-25, 3 Abs. 297.

19124—Tekla Kmiecik v. Anthony Koryta et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-8-25, 3 Abs. 313; OS. Pend. 3 Abs. 333.

19133—George L. Nye v. Elyria Savings & Trust Co. Motion for Lorain Appeals to certify. Overruled. Dock. 5-12-25, 3 Abs. 329; OA. 3 Abs. 356.

19136—Louis Hughes et al v. Excelsior Laundry Co. Motion by plaintiff for 30 days extension of time to file printed brief. Overruled. Dock. 5-12-25, 3 Abs. 329.

19137—Northern Ohio Traction & Light Co. et al v. Quaker Oats Co. et al. Motion for Summit Appeals to certify. Allowed. Dock. 5-12-25, 3 Abs. 329.

19142—Edward Stanley v. State of Ohio. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-12-25, 3 Abs. 329; OA. 3 Abs. 294.

19143—Albert E. Loyer v. William A. Kessler. Motion for Crawford Appeals to certify. Overruled. Dock. 5-13-25, 3 Abs. 329.

19145—Alta F. Lentz v. John J. Lentz. Motion for Franklin Appeals to certify. Overruled. Dock. 5-14-25, 3 Abs. 329; OA. 3 Abs. 231.

19147—Exceptions of the Prosecuting Attorney, in re, v. Alexander C. Douglas. Motion for leave to file bill of exceptions to Jefferson Common Pleas. Allowed. Dock. 5-15-25, 3 Abs. 329.

19148—Oregon Fike v. David A. Kirk et al. Motion for Knox Appeals to certify. Overruled. Dock. 5-15-25, 3 Abs. 329.

19153—New Amsterdam Casualty Co. v. Cleveland Trinidad Paving Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-18-25, 3 Abs. 341.

19155—James C. Davis, Agt., et al. v. Oswand & Taube, etc. Motion for Hamilton Appeals to certify. Allowed. Dock. 5-18-25, 3 Abs. 341.

19158—Federal Life Insurance Co. v. Inez Gulick. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-21-25, 3 Abs. 341.

19083—Earl O. Johnson et al. v. Harold W. Fraser. Motion for Lucas Appeals to certify. Overruled. Dock. 6-2-25, 3 Abs. 377.